## CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, attorney for Debtor(s), do hereby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

**Locke D. Barkley, Chapter 13 Trustee**
**Office of U.S. Trustee**

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. Mail,[1] postage pre-paid, to the following creditor(s) listed in Section 3.2 and/or 3.4 of the Plan pursuant to Fed.R. Bankr. P. 7004:

**21st Mortgage Corporation**
**620 Market St., One Center Square**
**Knoxville, TN 37902**

**First Tower Loan, LLC**
**P.O. Box 320001**
**Flowood, MS 39232**

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U.S. Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Dated: December 19, 2018

        /s/Robert H. Lomenick
        KAREN B. SCHNELLER, MSB # 6558
        ROBERT H. LOMENICK, JR., MSB #104186
        SCHNELLER & LOMENICK, P.A.
        126 NORTH SPRING STREET
        POST OFFICE BOX 417
        HOLLY SPRINGS, MISSISSIPPI 38635
        (662) 252-3224/karen.schneller@gmail.com
        rlomenick@gmail.com

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.