

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
ROSHELL CAMPBELL

CASE NUMBER 18-14909-JDW

## ORDER

This matter having come on before this Court on the motion of 21st Mortgage Corporation to withdraw its Objection to Confirmation [Docket No. 15], and the Court being fully advised in the premises, finds that the objections may be withdrawn.

IT IS THEREFORE ORDERED AND ADJUDGED that the Objection to Confirmation filed by 21st Mortgage Corporation is hereby withdrawn without prejudice.

#END OF ORDER#

SUBMITTED BY:

_____
Edward E. Lawler, Jr., MSB # 1095
McKay Lawler Franklin & Foreman, PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler@mckaylawler.com