

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

ROSHELL CAMPBELL                                18-14909-JDW

### ORDER GRANTING MOTION TO DISMISS (DKT. #42)

THIS MATTER came before the Court on Motion to Dismiss (Dkt. #42) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the response thereto filed by the Debtor (Dkt. #43). The Court having considered the Motion, does hereby order as follows:

1. The Motion shall be and is hereby granted.
2. This case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com